UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER LEE MENDOZA,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>McDONALD, Warden,<br><br>　　　　　Respondent. | Case No. CV 10-5011-JVS (SP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. Ground Two of the Petition is hereby dismissed without prejudice; and

2. Respondent shall file an answer to the remaining ground of the Petition (Ground One) within 30 days of the entry of this Order.

Dated: 5-11. 11

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1