JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER LEE MENDOZA,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>McDONALD,<br><br>　　　　　Respondent.<br>_____ | Case No. CV 10-5011-JVS (SP)<br><br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: August 21, 2013

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE